**FILED**
**AUG 2 6 2019**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DERRICK ARMSTRONG and ERNEST SANCHEZ, § § § § *Plaintiffs*, § § v. § § ENERGY FIRST ENGINEERING & CONSULTING, LLC, and § § SANCHEZ OIL & GAS CORPORATION, § § *Defendants*. § | Civil Action No. 5:19-cv-00056-OLG JURY DEMANDED |

## DISMISSAL ORDER

Pursuant to the Parties' Joint Stipulation of Dismissal [Doc. #10], it is hereby **ORDERED** that this case in its entirety is **DISMISSED with prejudice**, and specifically the claims of Plaintiffs Derrick Armstrong and Ernest Sanchez against Defendants Energy First Engineering & Consulting, LLC, and Sanchez Oil & Gas Corporation are dismissed with prejudice. Each party shall bear his or its own costs and fees. This is a final judgment, and all relief not granted herein is hereby DENIED.

SIGNED in San Antonio, Texas, this 26 day of August, 2019.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE